IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------------------- x | : |
| In re: | : Chapter 11 |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*, | : Case No. 19-11466 (MFW) |
|  | : Jointly Administered |
| Debtors. | : |
| ----------------------------------------------------------------------- x | : |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, and Philadelphia Academic Health System, LLC, | : |
| Plaintiffs, | : |
| v | : |
|  | : Adversary Proceeding No. 21-50915 (MFW) |
| VerityStream, Inc., f/k/a Echo Inc., | : |
| Defendant. | : |
| ----------------------------------------------------------------------- x | : |

## ALIAS SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the amended complaint which is attached to this alias summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this alias summons, except that the United States and its offices and agencies shall file a motion or answer to the amended complaint within 35 days.

    Address of Clerk:  824 Market Street, 3rd Floor
                                       Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the Plaintiffs' attorney.

| | |
|---|---|
| John D. Demmy, Esquire | Jeffrey C. Hampton, Esquire |
| Monique B. DiSabatino, Esquire | Adam H. Isenberg, Esquire |
| Saul Ewing Arnstein & Lehr LLP | Saul Ewing Arnstein & Lehr LLP |
| 1201 North Market Street, Suite 2300 | Centre Square West |
| P.O. Box 1266 | 1500 Market Street, 38th Floor |
| Wilmington, DE  19899 | Philadelphia, PA  19102 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the amended complaint will be held at the following time and place.

| | |
|---|---|
| *Address*: | *Room*: |
| U.S. Bankruptcy Court | 5th Floor, Courtroom #4 |
| 824 Market Street | |
| Wilmington, DE  19801 | **Date and Time:** |
| | To be determined |

38878148.1 10/22/21

-2-

**IF YOU FAIL TO RESPOND TO THIS ALIAS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE AMENDED COMPLAINT.**

United States Bankruptcy Court
for the District of Delaware

Date:  October 22, 2021

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

