IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 19-11466 (MFW)<br>Jointly Administered |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, and Philadelphia Academic Health System, LLC,<br>Plaintiffs,<br>v<br>VerityStream, Inc. f/k/a Echo, Inc.,<br>Defendant. | Adversary Proceeding No. 21-50915 (MFW) |

## CERTIFICATE OF SERVICE

I, John D. Demmy, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I caused service of the Amended Complaint and Alias Summons and Notice of Pretrial Conference to be made on the below party on October 22, 2021 by Mail Service: Regular, first class United States mail, postage fully pre-paid.

> VerityStream, Inc. f/k/a Echo, Inc.
> c/o Michael M. Collier
> 500 11th Ave. N, Suite 1000
> Nashville, TN 37203

Under penalty of perjury, I declare that the foregoing is true and correct.

> */s/ John D. Demmy*
> John D. Demmy (DE Bar No. 2802)
> SAUL EWING ARNSTEIN & LEHR LLP
> 1201 North Market Street, Suite 2300
> PO Box 1266
> Wilmington, DE 19899
> (302) 421-6848

Dated: October 22, 2021

38878148.1 10/22/21