# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ECHO INC.,<br><br>　　　　Defendant. | Adv. Proc. No. 21-50915 (MFW) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiffs Center City Healthcare LLC d/b/a Hahnemann University Hospital and Philadelphia Academic Health System, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismiss with prejudice and without costs all claims asserted in the above-captioned adversary proceeding against Defendant Echo, Inc. n/k/a Veritystream, Inc.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

39814985.1 03/22/2022

| | |
|---|---|
| Dated: March 22, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |

                    By:    */s/ Monique B. DiSabatino*
                              Mark Minuti (DE Bar No. 2659)
                              John D. Demmy (DE Bar No. 2802)
                              Monique B. DiSabatino (DE Bar No. 6027)
                              1201 N. Market Street, Suite 2300
                              P.O. Box 1266
                              Wilmington, DE  19899
                              Telephone: (302) 421-6800
                              Fax: (302) 421-6813
                              mark.minuti@saul.com
                              john.demmy@saul.com
                              monique.disabatino@saul.com

                                        -and-

                              Jeffrey C. Hampton
                              Adam H. Isenberg
                              A. Mayer Kohn
                              Centre Square West
                              1500 Market Street, 38th Floor
                              Philadelphia, PA 19102
                              Telephone: (215) 972-7777
                              Fax: (215) 972-7725
                              jeffrey.hampton@saul.com
                              adam.isenberg@saul.com
                              mayer.kohn@saul.com

                              *Counsel for the Plaintiffs*